UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

BRICKLAYERS INSURANCE AND WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
NEW YORK CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE,
and SANTO LANZAFAME, in his
fiduciary capacity as Administrator,
BRICKLAYERS LOCAL 1, INTERNATIONAL
UNION OF BRICKLAYERS AND ALLIED
CRAFT WORKERS, and BRICKLAYERS
LABOR MANAGEMENT RELATIONS COMMITTEE,

                Plaintiffs,

     - against -

F.M.C. CONSTRUCTION LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2008 ★
BROOKLYN OFFICE

08 Civ. 1277 (JG) (CLP)

JUDGMENT BY DEFAULT

This action having been commenced by the filing of a Summons and Complaint on March 28, 2008; the Summons and Complaint having been served upon defendant F.M.C. Construction LLC ("F.M.C.") on April 7, 2008 by leaving two true copies with Donna Christie, a person authorized to accept service on behalf of the Secretary of State of New York, and proof of service of the Summons and Complaint by Steven C. Avery, having been filed on April 11, 2008, and defendant F.M.C. having failed to answer

251876 v1

or otherwise move with respect to the Complaint and the time therefore having expired;

NOW, on motion of Vladeck, Waldman, Elias & Engelhard, P.C., attorneys for the plaintiffs, by James Wasserman, Esq., it is

ORDERED, ADJUDGED AND DECREED, that plaintiffs Bricklayers Insurance and Welfare Fund, Bricklayers Pension Fund, Bricklayers Supplemental Annuity Fund, Bricklayers and Trowel Trades International Pension Fund, New York City and Long Island Joint Apprenticeship And Training Fund, and the International Masonry Institute ("Funds"), have judgment against defendant F.M.C. in the liquidated amount of $21,702.72, which amount includes statutory damages, interest and costs for the period July 1, 2006 through May 9, 2008; and it is further

ORDERED, ADJUDGED AND DECREED, that plaintiffs Bricklayers Labor Management Relations Committee and Local 1 have judgment against defendant F.M.C. in the liquidated amount of $1,535.33, which amount is interest for the period July 1, 2006 through September 12, 2007.

Dated: Brooklyn, New York
May 16, 2008

s/John Gleeson
_____
U.S. District Judge